UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MENDEZ,

        Petitioner,

    v.

S. HATTON,

        Respondent.

Case No. 16-cv-02525-WHO (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner Jose Mendez challenges convictions he received in the Los Angeles County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 12, 2016

_____
WILLIAM H. ORRICK
United States District Judge