JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDEZ,<br><br>        Petitioner,<br><br>        v.<br><br>S. HATTON, Warden,<br><br>        Respondent. | Case No. CV 16-3388-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Motion to Dismiss filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 31, 2017

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE